# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-908

**Effective Date of Registration:**
May 15, 2025
**Registration Decision Date:**
November 25, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Book Dinosaur 06 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | March 26, 2016 |
| **Nation of 1st Publication:** | Hong Kong |

## Author

| | |
|---|---|
| • **Author:** | Bonnie Hong Yi Pang |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Hong Kong |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Bonnie Hong Yi Pang |
| | Flat A, 8/F, Tower 6, The Beaumount, Tseung Kwan O, Hong Kong |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Bonnie Hong Yi Pang |
| **Email:** | bonniepangart@gmail.com |
| **Address:** | Flat A, 8/F, Tower 6, The Beaumount |
| | Tseung Kwan O  Hong Kong |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 15, 2025 |
| **Applicant's Tracking Number:** | BP2025051501 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-453-872

**Effective Date of Registration:**
May 15, 2025
**Registration Decision Date:**
July 24, 2025

---

## Title

**Title of Work:**   Book Dinosaur 01

## Completion/Publication

**Year of Completion:**   2016
**Date of 1st Publication:**   March 26, 2016
**Nation of 1st Publication:**   Hong Kong

## Author

- **Author:**   Bonnie Hong Yi Pang
  **Author Created:**   2-D artwork
  **Citizen of:**   Hong Kong

## Copyright Claimant

**Copyright Claimant:**   Bonnie Hong Yi Pang
Flat A, 8/F, Tower 6, The Beaumount, Tseung Kwan O, Hong Kong

## Rights and Permissions

**Name:**   Bonnie Hong Yi Pang
**Email:**   bonniepangart@gmail.com
**Address:**   Flat A, 8/F, Tower 6, The Beaumount
Tseung Kwan O  Hong Kong

## Certification

**Name:**   David Denholm
**Date:**   May 15, 2025
**Applicant's Tracking Number:**   BP2025051502

Page 1 of 2

